# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **FRANK MARSHALL,** AIS 119450, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION. 07-0240-WS-C |
| **ARNOLD HOLT,** | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 14, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 10th day of October, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE