IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**FRANK MARSHALL,**  :
**AIS 119450,**

 :

    **Petitioner,**

 :

vs.   **CIVIL ACTION. 07-0240-WS-C**

 :

**ARNOLD HOLT,**

 :

    **Respondent.**

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 be DISMISSED as time barred pursuant to 28 U.S.C. § 2244(d).

**DONE** and **ORDERED** this 10th day of October, 2007.


                                       s/WILLIAM H. STEELE
                                       UNITED STATES DISTRICT JUDGE